United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VERNON KING, JR., (TDCJ-CID #590316) Plaintiff, | § § § § | |
| vs. | § | CIVIL ACTION H-18-1915 |
| D.D. LOTT, *et al.*, Defendants. | § § § § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is dismissed without prejudice to refiling after payment of the entire $350.00 filing fee. The Court must receive the payment within thirty days of this order.

SIGNED at Houston, Texas, on June 13, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2018\18-1915.a01.wpd